# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case Number: 19-81521-CRJ-7 |
| AVERY ALAN MITCHELL, ) | |
| Debtor ) | Chapter 7 |
| _____ ) | |
| ) | |
| KIMBERLY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | AP Case Number: 19-80077-JAC |
| v. ) | |
| ) | |
| AVERY ALAN MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## **ANSWER**

COMES NOW, Debtor, AVERY ALAN MITCHELL, by and through his attorney of record and for answer to Creditor, KIMBERLY MITCHELL's Complaint to Determine Debts to be Nondischargable, would say as follows:

1. The Defendant denies the material allegations in the Plaintiff's Complaint and demands strict proof thereof.

WHEREFORE, THE PREMISES CONSIDERED, the Defendant prays for the following relief, to-wit: this Court to deny the relief sought by the Plaintiff in her Complaint and discharge this debt.

    Respectfully Submitted,

    /s/ S. Mitchell Howie
    S. Mitchell Howie
    Attorney for Debtor
    107 North Side Square
    Huntsville, AL 35801
    (HOW022)
    (256) 533-2400

## CERTIFICATE OF SERVICE

I hereby certify that I have served the attached Answer to the following parties:

Richard M. Blythe
US Bankruptcy Administrator
P.O. Box 3045
Decatur, AL 35602
Richard _Blythe@alnba.uscourts.gov

Melissa W. Larsen
Attorney for Plaintiff/Kimberly Mitchell
521 Madison Street, Suite 201
Huntsville, AL 35801
Mwlarsen67@gmail.com

via the Court's CM/ECF Filing System and/or U.S. Mail on this, the 26th day of September, 2019.

/s/ S. Mitchell Howie
S. Mitchell Howie