UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| AVERY ALAN MITCHELL | } | Case No. 19-81521-CRJ-7 |
| Debtor(s) | } | Chapter 7 |
| KIMBERLY MITCHELL | } | |
| Plaintiff(s) | } | AP Case No. 19-80077-CRJ |
| vs. | } | |
| AVERY ALAN MITCHELL | } | |
| Defendant(s) | } | |

**ORDER SCHEDULING STATUS CONFERENCE**

A responsive pleading having been filed by the Defendant on September 26, 2019, the Court on its own motion, pursuant to 11 U.S.C. § 105(d)(1), hereby schedules a Status Conference to further the expeditious resolution of this Adversary Proceeding.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that counsel for the parties must appear at the Status Conference on **October 23, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the Federal Building, 101 Holmes Avenue, Huntsville, Alabama. If there is a failure to attend the Status Conference, the Court may enter appropriate Sanctions.

Dated this the 27th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge