IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Avery Alan Mitchell | ) | |
| SSN: XXX-XX-9938 | ) | |
| | ) | Case No. 19-81521-CRJ-7 |
| | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| | ) | |
| KIMBERLY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | AP NO.: 19-80077-CRJ |
| | ) | |
| AVERY ALAN MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO STRIKE ANSWER

COMES NOW, Kim Mitchell, the Plaintiff in the above Adversary Proceeding, and moves the Court to strike the Answer of Defendant, Avery Alan Mitchell, filed in this proceeding. In support of this Motion, Plaintiff states as follows:

1. The Adversary Proceeding in the present case is one to determine that certain domestic support obligations previously incurred by the Defendant are not dischargeable as a result of his chapter 7 bankruptcy filing. These claims include debts for child support, alimony and alimony in gross.

2. Rather than address the specific allegations contained in the Complaint, Defendant has simply filed a general denial of all claims. This filing is in bad faith and not permitted under the rules which only allow a general denial when the Defendant has a "good faith" basis to deny all allegations. Defendant cannot have a good faith basis to deny all the allegations of the Complaint.

3. Plaintiff moves this Court to strike the answer filed by the Defendant and require the Defendant to respond as set forth under the applicable rules of pleading.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff requests that the Court strike Defendants Answer and require him to respond to the allegations of the Complaint as required by the Rules of Federal Bankruptcy Procedure.

Respectfully submitted this 1st day of October, 2019.

/s/ Melissa W. Larsen
Melissa W. Larsen
Attorney for Debtor/Plaintiff
521 Madison St, Ste 201
Huntsville, Alabama 35801
(256) 970-4217

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following:

S. Mitchell Howie, Attorney for Defendant
107 North Side Square
Huntsville, AL 35801

electronically, on this the 1st day of October, 2019.

/s/ Melissa W. Larsen