UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| AVERY ALAN MITCHELL | } | Case No. 19-81521-CRJ-7 |
| Debtor(s) | } | Chapter 7 |
| KIMBERLY MITCHELL | } | |
| Plaintiff(s) | } | AP Case No. 19-80077-CRJ |
| vs. | } | |
| AVERY ALAN MITCHELL | } | |
| Defendant(s) | } | |

**ORDER DENYING MOTION TO STRIKE ANSWER**

Before the Court is the Plaintiff's Motion to Strike Answer, ECF No. 7. Without citing any legal authority, the Plaintiff argues that the Answer filed by the Defendant in the above-styled Adversary Proceeding is not permitted under the rules as a general denial filed in bad faith. The Court has considered the Motion to Strike and finds that the requested relief should be denied for failure to cite any legal authority in support of the relief sought.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Strike is hereby **DENIED**.

Dated this the 2nd day of October, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge